**Virgil Kenneth LAIR, Jr., Appellant,**

v.

**Carolyn LAIR, Respondent.**

**No. WD 64356.**

Missouri Court of Appeals, Western District.

Sept. 13, 2005.

---

4. It is not even clear if the trial court accepted one of the Form 14s offered by a party or composed its own.

Richard A. Koehler, Butler, MO, for appellant.

Eric M. Landoll, Nevada, MO, John R. Irvin, Butler, MO, for respondent.

Before SMART, P.J., HOLLIGER and HARDWICK, JJ.

### ORDER

PER CURIAM.

Virgil Lair appeals from the marital dissolution judgment awarding $600 in monthly maintenance to Carolyn Lair. Upon review of the parties' briefs and the record, we find no error and affirm the judgment. We have provided the parties with a memorandum explaining the reasons for our decision, because a published opinion would have no precedential value. Rule 84.16(b).